IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| GOLDBERG | : | 02-1429 |
| FORD | : | 02-1496 |
| GENNRICH | : | 02-1500 |
| MILO | : | 02-1513 |
| DEGUZMAN | : | 02-1572 |
| TARVER | : | 02-1585 |
| TARUMOTO | : | 02-1655 |
| ALLAWAY | : | 02-1953 |
| PIPHER | : | 02-1957 |
| ALLAWAY | : | 02-2038 |
| GALLARDO | : | 02-2207 |
| GARCIA | : | 02-2291 |
| THOMPSON | : | 02-2318 |
| OSTERBERG | : | 02-2341 |
| BISHOP | : | 02-2376 |
| HASAN | : | 02-2440 |
| KING-JONES | : | 02-2443 |
| ZIMMERMAN | : | 02-2466 |
| RICH | : | 02-2524 |
| YARBROUGH | : | 02-3037 |
| STEWART | : | 02-3039 |
| ZANDI | : | 02-3072 |
| PERRY | : | 02-3099 |
| MORENO | : | 02-3105 |
| GRECH | : | 02-3121 |
| CARTER | : | 02-3137 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

       **AND NOW,** this _____ day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [   ]   -   Order staying these proceedings pending disposition of a related action.

[     ]    -    Order staying these proceedings pending determination of arbitration proceedings.

[     ]    -    Interlocutory appeal filed.

[  X  ]    -    Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Stewart Dalzell, S.J.**